Motion Granted; Dismissed and Memorandum Opinion filed
November 4, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00612-CV

____________

 

TIM MURSKI AND DENISE MURSKI, Appellants

 

V.

 

RALPH TIEMANN, Appellee

 



 

On Appeal from the County Court at Law

Washington County,
Texas

Trial Court Cause
No. 97-254

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 8, 2010.  On October 28, 2010, the
parties filed a joint motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Seymore, Boyce, and
Christopher.